JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA SAWYER,<br><br>    Plaintiff,<br><br>    v.<br><br>BELLFLOWER UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. CV 19-857 MWF (PLAx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

    The Court, having reviewed the parties' Joint Stipulation for Dismissal of Entire Action with Prejudice (Docket No. 46), under Federal Rule of Civil Procedure 41(a)(1)(ii), and good cause appearing therefore, hereby ORDERS that:

    The above-captioned matter is hereby dismissed in its entirety with prejudice as to all claims, causes of action, and all parties. Each party shall bear their own costs and attorneys' fees. At the request of the parties, the Court shall retain jurisdiction to enforce the settlement through September 16, 2022.

    **IT IS SO ORDERED.**

Dated: September 1, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge